## MEMORANDUM OPINION

Affirmed.

■

389 P.3d 130

**BANK OF AMERICA, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP, Plaintiff-Appellee,**

v.

**John Edward ANDERSON, III, Defendant-Appellant, Association of Apartment Owners of Kipapa Estates, County of Kauai, Defendants-Appellees, John Does, 1-50, Jane Does, 1-50, Defendants.**

### NO. CAAP-13-0006277

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, January 12, 2017.

As Amended February 23, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT (CIVIL NO. 12-1-0359)

## MEMORANDUM OPINION

Affirmed.

389 P.3d 130

**AA, Plaintiff-Appellant,**

v.

**AA, Defendant-Appellee**

**NOS. CAAP-15-0000056, CAAP-15-0000057, CAAP-15-0000058**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, January 17, 2017.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT, HILO DIVISION (FC-D NO. 13-1-238)

### SUMMARY DISPOSITION ORDER

Affirmed.

■

389 P.3d 130

**WERNER PLASTERING, INC., a Hawai'i corporation, Claimant-Appellant,**

v.

**BLACK PEAK CONSTRUCTION, LLC, a Colorado limited liability corporation, The Shops at Wailea, L.P., a Delaware limited partnership; L'Occitane, Inc., a corporation, Respondents-Appellees,**

and

**John Doe One Through 100; Jane Doe One Through 100; X Corporation; ABC Partnership; and Def, LLC, Respondents**

### NO. CAAP-14-0000750

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, January 18, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (MECHANIC LIEN NO. 13-1-0004(2))